UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JOHN DOE 1 and JOHN DOE 2, individually and on behalf of all others similarly situated,**

Plaintiffs,

**v.**

**KROLL RESTRUCTURING ADMINISTRATION LLC,**

Defendant.

Case No. 1:26-cv-06710-GBD

**DECLARATION OF RICHARD SALGADO**

Richard Salgado, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. My name is Richard Salgado. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. The facts in this declaration are based on my personal knowledge.

2. I am a Partner at McDermott Will & Schulte LLP. I represent Defendant Kroll Restructuring Administration LLC ("Kroll") in the above captioned matter. I submit this Declaration in support of Kroll's Memorandum of Law in Opposition to Plaintiff's Motion to Proceed Under Pseudonyms and for Limited Protective Order.

3. Attached hereto as **Exhibit 1-A** is a true and correct copy of excerpts from a Hearing Transcript, dated June 9, 2023, from *In re FTX Trading Ltd., et al.*, No. 22-11068 (JTD), ECF 1612 (Bankr. D. Del. June 12, 2023);

4. Attached hereto as **Exhibit 1-B** is a true and correct copy of excerpts of a Hearing Transcript, dated February 16, 2024, from *In re Genesis Global Holdco, LLC*, No. 23-10063 (SHL), ECF 1348 (Bankr. S.D.N.Y. Feb. 21, 2024);

5. Attached hereto as **Exhibit 1-C** is a true and correct copy of a Unopposed Motion to Proceed Under Pseudonym from another action, *John Doe v. Kroll Restructuring Administration LLC*, No. 1:25-cv-01319-RP, ECF 17 (W.D. Tex. Nov. 17, 2025) ("Texas Action");

6. Attached hereto as **Exhibit 1-D** is a true and correct copy of the magistrate judge's report and recommendation in the Texas Action recommending that two plaintiffs be compelled to arbitration and the third dismissed with prejudice. ECF 51;

7. Attached hereto as **Exhibit 1-E** is a true and correct copy of Kroll's Motion for Reconsideration of plaintiffs' pseudonymity protection in the Texas Action. ECF 55;

8. Kroll's Motion for Reconsideration in the Texas Action details how Plaintiffs' counsel still had an X.com post announcing that action and identifying John Doe 1 (it was taken down after filing). Plaintiffs' counsel also continues to identify John Doe 1 on a website he founded that buys FTX bankruptcy claims and that links to his law firm website. This is in contravention of John Doe 1's alleged need for pseudonymity and the court's order. To adhere to the court's order and because the Motion for Reconsideration required discussion of the ways John Doe 1 was widely and publicly known, Kroll filed its Motion under seal and is only able to attach the redacted copy filed on the public docket;

9. Attached hereto as **Exhibit 1-F** is a true and correct copy of Plaintiffs' counsel's law firm webpage, advertising this Court's order granting pseudonymity protection;

10. Attached hereto as **Exhibit 1-G** is a true and correct copy of a Motion to Proceed Under Pseudonym from another action, *John Doe v. T-Mobile USA, Inc.*, No. 26-2-13858-3 SEA, Dkt. 7, at 4–5 (Wash. Super. Ct. Apr. 27, 2026), citing the Texas Action pseudonymity order as support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the 20th day of August, 2026.

______________________________
Richard Salgado